**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Khemrajee Kangal        JOINT DEBTOR: _____        CASE NO.: 16-25674-JKO
Last Four Digits of SS# 8734    Last Four Digits of SS# _____    Case Filed On: 11-23-2016

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $1,515.15 for months 1 to 15;
- B. $1188.08 for months 16 to 60;
- C. $_____ for months ___ to ___; in order to pay the following creditors:

Administrative:  Attorney's Fee:  $ 3500.00 (Basic Legal Fees) + $2500.00 (MMM)
                 Total Fees:      $ 6000.00
                 Total Paid:      $ 1240.00
                 Balance Due:     $ 4760.00    Payable $317.33 /month (months 1 to 15)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Seterus                                    Arrearage on Petition Date: 33605.23
Address: POB 1077                             Payments: Payable 560.08 /month (months 1 to 60)
         Hartford, CT 06143

Account No: 2081

2. Bank of America                            Arrearage on Petition Date: N/A
Address: 1800 Tapo Canyon Road                Payments: MMM Payable 500.00 /month (months 1 to 60)
         Simi Valley, CA 93063                Includes Principal, Interest, Taxes & Insurance subject to MMM Language.

Account No: 1565

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  | $ | % | $ | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due    $_____
                    Payable      $_____/month (Months ___ to ___) Regular Payment $_____
2. _____    Total Due    $_____
                    Payable      $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors:    Pay $ 20.00 /month (Months 16 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. MMM

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Khemrajee Kangal                          _____
Debtor                                         Joint Debtor
Date: 12/22/2016                               Date: _____