**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ **First** _____ (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Khemrajee Kangal          JOINT DEBTOR: _____          CASE NO.: 16-25674-JKO
Last Four Digits of SS# 8734     Last Four Digits of SS# _____   Case Filed On: 11-23-2016

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $1,694.84   for months   1   to   20  ;
  B.  $1,426.17   for months   21  to   60  ;
  C.  $_____    for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee:  $ 3500.00 (Basic Legal Fees) + $2500.00 (MMM)
                Total Fees:      $ 6525.00
                Total Paid:      $ 1240.00
                Balance Due:     $ 5285.00     Payable $264.25 /month (months  1  to  20 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Seterus                                  Arrearage on Petition Date: 33605.23
Address: POB 1077                           Payments: Payable 560.08 /month (months  1  to  60 )
         Hartford, CT 06143

Account No: 2081

2. Bank of America                          Arrearage on Petition Date: N/A
Address: 1800 Tapo Canyon Road              Payments: MMM Payable 500.00 /month (months  1  to  60 )
         Simi Valley, CA 93063              Includes Principal, Interest, Taxes & Insurance subject to MMM Language.

Account No: 1565

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Ally Financial POB 380901 Bloomington, MN 55438-0901 A/C # 02991969** | $11,400.00 2013 Dodge Caravan VIN#2C4RDGBG2DR633044 Mileage 37585 | 5.25 % | 216.44 | 1 to 60 | $12,986.40 |
|  | $ | % | $ | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due    $_____
                         Payable      $_____ /month (Months ___ to ___) Regular Payment $_____
2. _____     Total Due    $_____
                         Payable      $_____ /month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors:   Pay $ 20.00 /month (Months  21  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above
1. MMM

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Khemrajee Kangal | |
|---|---|
| Debtor | Joint Debtor |
| Date: 1/24/2017 | Date: |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the above Chapter 13 Plan was served on this **24th** day of January, 2017, on all parties registered on the ECF system via ECF only, and all others on the attached list via U.S. Mail:

**DCS LAW GROUP, P.A.**
111 N. Pine Island Road
Suite 205
Plantation, Florida 33324
(954) 358-5911 (Telephone)
(954) 357-2267 (Facsimile)
www.DsouzaLegaloup.com
Email: Dtdlaw@aol.com

By: **/s/ Elias Leonard Dsouza**
Elias Leonard Dsouza, Esq.
Florida Bar No. 399477

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 16-25674-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Tue Jan 24 10:03:22 EST 2017 | Ally Financial<br>c/o Kelley Kronenberg Attorneys at Law<br>1511 N. Westshore Blvd, Suite 400<br>Tampa, FL 33607-4596 | Federal National Mortgage Association<br>Law Offices of Popkin & Rosaler, P.A<br>c/o Brian L Rosaler<br>1701 W. Hillsboro Blvd Suite 400<br>Deerfield Beach, FL 33442-1572 |
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | Aly Financial<br>PO Box 380901<br>Bloomington, MN  55438-0901 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Bank of America<br>1800 Tapo Canyon Rd<br>Simi Valley, CA  93063-6712 | Brightstar Credit Union<br>POB 8966<br>Ft Lauderdale, FL  33310-8966 | CACH LLC<br>4340 S Monaco St 2nd Floor<br>Denver, CO  80237-3485 |
| Capital One/Best Buy<br>POB 30253<br>Salt Lake City, UT  84130-0253 | Chase Card<br>PO Box 15298<br>Wilmington, DE  19850-5298 | Chase Card Services<br>PO Box 15298<br>Wilmington, DE  19850-5298 |
| Citi Cards/Citibank<br>POB 6241<br>Sioux Falls, SD 57117-6241 | Citibank/Sears<br>PO Box 6283<br>Sioux Falls, SD  57117-6283 | Comenity Bank/Vctrssec<br>PO Box 182789<br>Columbus, OH  43218-2789 |
| DSNB American Express<br>PO Box 8218<br>Mason, OH  45040-8218 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA  19101-7346 |
| (p)NATIONWIDE RECOVERY SERVICE<br>PO BOX 8005<br>CLEVELAND TN 37320-8005 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Santandar Consumer, USA<br>8585 N Stemmons Fwy #1100<br>Attn: Bankruptcy Dept<br>Dallas, TX 75247-3822 | Seterus<br>14523 SW Millikan Way #200<br>Beaverton, OR 97005-2352 | The Children Place/ Citibank<br>PO Box 6497<br>Sioux Falls, SD  57117-6497 |
| Elias Leonard Dsouza<br>111 N Pine Island Rd #205<br>Plantation, FL 33324-1836 | Khemrajee Kangal<br>728 NW 101st Ter<br>Coral Springs, FL 33071-6853 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 |

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>POB 982235<br>El Paso, TX  79998 | (d)Bank of America<br>PO Box 982235<br>El Paso, TX  79998-2235 | (d)Bank of America<br>PO Box 982238<br>El Paso, TX  79998-2238 |
| Discover Financial Services<br>POB 15316<br>Wilmington, DE  19850-000 | Nationwide Recovery Service<br>545 W Inman St<br>Cleveland, TN  37311-0000 | |

```
               The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)BANK OF AMERICA, N.A.                 End of Label Matrix
                                         Mailable recipients    26
                                         Bypassed recipients     1
                                         Total                  27
```