

**ORDERED in the Southern District of Florida on June 14, 2017.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

**KHEMRAJEE KANGAL,**                    Case No.: 16-25674-JKO
                                         Chapter 13

             Debtor
_____/

**ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO APPROVE TRIAL
LOAN MODIFICATION AGREEMENT WITH BANK OF AMERICA, NA.**
[Property Located at: 728 NW 101ST Terr, Coral springs, FL 33071]

This matter came before the Court:

X     On the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with Bank of America, NA. ("Lender").

☐     For hearing on _____, upon Self-Represented Debtor's Motion to Approve Mortgage Modification Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDER as follows:**

1. The Motion to Approve Trial Loan Modification Agreement between the Debtor and Bank of America, N.A. regarding real property located at: 728 NW 101ST Terr, Coral springs, FL 33071 is **GRANTED.**

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. Debtor shall send payments directly to the Lender in the amount of $689.85 for Principal, Interest and Escrow starting 07/01/2017, as per the Agreement attached to the Motion.

4. Debtor shall mail payments to:

   Bank of America, NA
   4500 Amon Carter Blvd
   Fort Worth, TX 76155
   or any other address the Lender shall provide to the Debtor in the future.

5. Within thirty (30) days of the receipt of the last Trial Plan Payment (Third Payment), Lender shall prepare all necessary documents to effectuate this Trial payment Plan into a Permanent Loan Modification Agreement.

6. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Submitted By:

Elias Leonard Dsouza, Esq.
Florida Bar No. 399477
111 N. Pine Island Road, Suite 205
Plantation, Florida 33324
(954) 358-5911 (Telephone)
(954) 357-2267 (Facsimile)
www.DsouzaLegalGroup.com
Email: Dtdlaw@aol.com

[Attorney **DSOUZA** shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).]